FIRST N. B. CORPORATION, Appellant, v. FLOYD RETMIER and Others, Defendants. ERNEST F. RINN, ‘Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent twenty dollars costs within five days from the service of a copy of the order herein; otherwise, motion granted,

with ten dollars costs.  Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.